AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

CICI ENTERPRISES, LP

)
)
)
)
)
)
)

_Plaintiff(s)_

v.

FOUR WORD MOTION, LLC; 321 PIZZA
COMPANY, LLC; TON OF PIZZA, LLC; MILTON J.
WORD; MICHAEL A. JOHNSON; C-LOS PIZZA CO.,
and CARLOS COLON.

_Defendant(s)_

)
)
)
)
)
)
)
)

Civil Action No. 6:16 cv 01679 CEM KRS

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Four Word Motion, LLC
Milton Word, Registered Agent

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William J. Judge, Jr., Esquire
Hill Ward Henderson, P.A.
P. O. Box 2231
Tampa, FL 33601-2231

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/27/2016

_Signature of Clerk or Deputy Clerk_